FILED

APR 29 2025

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT _____

Demetrius Wilson )
)
_____ )
)
_____ )
Name of plaintiff (s) )
)
v. )
)
Ginger Leigh Thompson )
)
_____ )
)
_____ )
Name of defendant (s) )

Case No. 1:25-CV-136
(to be assigned by Clerk)

Collier/Dumitru

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

A process server (Ginger liegh Thompson commited perjury testified under oath as She spoken to Demetirus threw a speaker clevice that didn't work

2. Plaintiff, Demetirus Wilson resides at

3584 Bennett Rd , _____,
street address                                    city

Hamilton , TN , 3712 , 4236358738
county          state      zip code      telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

1

3. Defendant, _Ginger Liegh Thompson_ lives at, or its business is located at

_355 Trenton GA POB 912_ , _____ ,
street address                                                    city

_Trenton_ , _GA_ , _30752_ .
county                                state                    zip code

(if more than one defendant, provide the same information for each defendant below)

_____

_____

_____

_____

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

Ginger Liegh Thompson made false statements
also tesified she Ginger talk to me Demetirus threw
a speaker Device that didn't Work Ginger
Never Show a picture of the person she
took a picture of also ginger testified I
Demetirus Drove a marano Nissan
that was not true Coinger also Stated
that Use my Demetirus facebook photos I as a
Exibit and the other to identify She Ginger
Stated She took that picture Coinger Has
not shown the Courts A picture with a lady with
a blue bonnet and a robe on.

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a.    Sue Her for 500,000 for Depression
      and causing me to go into default on fake
b.    Statement

c.    Put her in jail for perjury also
      fine
d.    remove the Judgment

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _Demetris lupe_ day of _April 29_, 20 _25_.

                            3584 Bennett Road
                            Eastridge TN 37412

                            _____
                            Signature of plaintiff (s)

## IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE

JAMES MCCLENDON,      )
                                )
     Plaintiff,     )
                                )
v.                          )
                                )  **Docket No. 19C327**
DEMETRIUS LEGAIL WILSON,  )  **Division IV**
                                )
     Defendant.   )
                                )
                                )
                                )

### ORDER

This matter comes before the Court upon Demetrius Legail Wilson's Motion to Set Aside Default Judgment. An Order granting the Default Judgment was entered on October 19, 2020. A Final Order disposing of the matter was entered December 4, 2020. The instant motion was filed on March 28, 2022. The only question before this Court is whether or not service of process was actually perfected as to Ms. Wilson.

The Court first heard from Ms. Wilson. She was completely non-credible. Her testimony changed with each question asked. In fact, her testimony was so erratic that her attorney spent much of her time in re-direct asking questions to demonstrate that her client was not lying but was simply too discombobulated from the tragic underpinnings of the case to have a reliable memory. Regardless of whether she was dishonest or forgetful (with the exception of razor sharp memories of how she was not served); her testimony was not credible and unreliable.

Just to name a few examples – Ms. McClendon was asked about whether she received notice that attempts were being made to serve her when multiple attempts were made at her place

of business. She stated that the business belonged to her daughter and not her. But in later testimony, she referred to the workers at this business "my employees" and ultimately identified that her daughter was 17 years old and in high school (although that she never recanted that her daughter owned or ran the business). She discussed that she does a live feed from "Mary's Bar and Grill" each weekend. Her paramour testified she did not. She testified that she moved out of the 73 Mallard Hill, Ringgold, Georgia residence (where service of process was made) sometime in 2019 (she said January at one point in her testimony but also said April – but always 2019). Her paramour testified that they lived at the Georgia address until sometime around May 2020. She testified that she never knew service was attempted upon her attorney in the underlying personal injury case: Marc Walwyn. Mr. Walwyn, however, filed a Notice of Improper Service and Non-Representation in the instant case on March 21, 2019 regarding the attempt to serve him as her attorney. She testified that she had no knowledge of the lawsuit until she very recently attempted to transfer a piece of property. Her paramour, however, testified he knew about the lawsuit in "probably 2021." More important, however, is the Affidavit and Endorsement of Ann Hackney, duly authorized by Tre Hargett, attesting that she mailed "by registered or certified return-receipt mail" the certified copies of the process, notice, or demand" to Ms. Wilson on April 8, 2019 and again on August 12, 2019 at the 73 Mallard Hill, Ringgold, GA address.

The Court next heard from Willie Gholston. Mr. Gholston was the boyfriend of Ms. Wilson. Mr. Gholston contradicted the vast majority of Ms. Wilson's testimony. He readily admitted he was not good with dates. He believes that they were living at the Georgia residence where service was made until approximately May of 2020 (Ms. Wilson said January of 2019). While he was not certain of the dates they lived at that address, he specifically recalled that the children did not attend school in person while they lived in Georgia because "this was around when

2

corona hit." Clearly, given the time when Corona hit, Ms. Wilson and Mr. Gholston were living at the property in the spring of 2020 – more than a year after Ms. Wilson said they moved out and, more to the point, they were residents of that address when the Tennessee Secretary of State mailed process there on April 8, 2019 and August 12, 2019.

The Court next heard from Ginger Thompson. Ms. Thompson was an independent process server. She was the only disinterested witness called to testify. Her testimony was credible. She testified that she had photos of Ms. Wilson. Those photos were attached as <u>Exhibit No. 3</u>. She stated that on the date she made service, the black Nissan Murano and the Ford Mustang (cars according to Ms. Wilson's own testimony were owned by and used by Ms. Wilson and Mr. Gholston) were parked at the residence. She first knocked on the door but there was no response. She then rang the "Ring" doorbell. She identified herself and stated that she was there to see Demetrius Wilson. The voice came back to her from the speaker that "I'm sleeping right now." Ms. Thompson then said "I have something for you" to which the voice replied "just leave it at the door." While the person speaking through the Ring doorbell responded to the request to see Demetrius Wilson with the answer "I am…" – Ms. Thompson wanted more certainty with the service given the multitude of failed attempts. So she waited in her car until someone came and picked up the papers wedged into the door. Ms. Thompson testified she could clearly see that the individual who opened the door and retrieved the process was Demetrius Wilson. Ms. Thompson further verified in Court that Ms. Wilson was, in fact, the same person seen at the front door.

The only witnesses called by Ms. Wilson were herself and her live-in boyfriend. While she claimed there were others who would support her story, she had no other witnesses. The only disinterested witness to testify was Ginger Thompson.

3

The Court finds by clear and convincing evidence that Ms. Wilson was served with process personally by Ginger Thompson on Saturday, August 8, 2020. The Court finds that Ms. Thompson had a conversation with Ms. Wilson, was told by Ms. Wilson to leave the item at the door and that a short time later, Ms. Wilson opened the door and picked up the papers.

The Court is well aware that default judgments are disfavored in Tennessee – as they should be. The default judgment awarded in this case was particularly troubling to the Court. While this Court would like nothing more than to set this default judgment aside and hear the case on its merits – the Court is afraid of the violence such a ruling would carry forward to other cases. Ms. Wilson clearly knew of the suit, avoided service, and was ultimately served. This Court believes she simply did not appreciate the severe ramifications of her conduct. Unfortunately, this does not provide the Court with a sufficient basis to set aside the default.

For the foregoing reasons, the Motion to Set Aside Default Judgment is not well taken and is DENIED.

So ORDERED this the 17th day of May, 2022.

KYLE E. HEDRICK, JUDGE

CLERK'S CERTIFICATE
The undersigned hereby certifies that
a copy of this Order has been served
on all parties or counsel to all parties
in this cause.
This __17__ day of __May__, 2022.
LARRY L. HENRY, CLERK
By: _____, D.C.

Cc:     Ronald J. Berke
        Jacqueline Strong Moss

4

# IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE

| | |
|---|---|
| JAMES MCCLENDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 19C327 |
| | ) Division IV |
| DEMETRIUS LEGAIL WILSON, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

## ORDER

This matter comes before the Court upon Demetrius Legail Wilson's Motion to Set Aside Default Judgment. An Order granting the Default Judgment was entered on October 19, 2020. A Final Order disposing of the matter was entered December 4, 2020. The instant motion was filed on March 28, 2022. The only question before this Court is whether or not service of process was actually perfected as to Ms. Wilson.

The Court first heard from Ms. Wilson. She was completely non-credible. Her testimony changed with each question asked. In fact, her testimony was so erratic that her attorney spent much of her time in re-direct asking questions to demonstrate that her client was not lying but was simply too discombobulated from the tragic underpinnings of the case to have a reliable memory. Regardless of whether she was dishonest or forgetful (with the exception of razor sharp memories of how she was not served); her testimony was not credible and unreliable.

Just to name a few examples – Ms. McClendon was asked about whether she received notice that attempts were being made to serve her when multiple attempts were made at her place

Ct-Book/Page  IV-141/233

of business. She stated that the business belonged to her daughter and not her. But in later testimony, she referred to the workers at this business "my employees" and ultimately identified that her daughter was 17 years old and in high school (although that she never recanted that her daughter owned or ran the business). She discussed that she does a live feed from "Mary's Bar and Grill" each weekend. Her paramour testified she did not. She testified that she moved out of the 73 Mallard Hill, Ringgold, Georgia residence (where service of process was made) sometime in 2019 (she said January at one point in her testimony but also said April – but always 2019). Her paramour testified that they lived at the Georgia address until sometime around May 2020. She testified that she never knew service was attempted upon her attorney in the underlying personal injury case: Marc Walwyn. Mr. Walwyn, however, filed a Notice of Improper Service and Non-Representation in the instant case on March 21, 2019 regarding the attempt to serve him as her attorney. She testified that she had no knowledge of the lawsuit until she very recently attempted to transfer a piece of property. Her paramour, however, testified he knew about the lawsuit in "probably 2021." More important, however, is the Affidavit and Endorsement of Ann Hackney, duly authorized by Tre Hargett, attesting that she mailed "by registered or certified return-receipt mail" the certified copies of the process, notice, or demand" to Ms. Wilson on April 8, 2019 and again on August 12, 2019 at the 73 Mallard Hill, Ringgold, GA address.

The Court next heard from Willie Gholston. Mr. Gholston was the boyfriend of Ms. Wilson. Mr. Gholston contradicted the vast majority of Ms. Wilson's testimony. He readily admitted he was not good with dates. He believes that they were living at the Georgia residence where service was made until approximately May of 2020 (Ms. Wilson said January of 2019). While he was not certain of the dates they lived at that address, he specifically recalled that the children did not attend school in person while they lived in Georgia because "this was around when

2

corona hit." Clearly, given the time when Corona hit, Ms. Wilson and Mr. Gholston were living at the property in the spring of 2020 – more than a year after Ms. Wilson said they moved out and, more to the point, they were residents of that address when the Tennessee Secretary of State mailed process there on April 8, 2019 and August 12, 2019.

The Court next heard from Ginger Thompson. Ms. Thompson was an independent process server. She was the only disinterested witness called to testify. Her testimony was credible. She testified that she had photos of Ms. Wilson. Those photos were attached as <u>Exhibit No. 3</u>. She stated that on the date she made service, the black Nissan Murano and the Ford Mustang (cars according to Ms. Wilson's own testimony were owned by and used by Ms. Wilson and Mr. Gholston) were parked at the residence. She first knocked on the door but there was no response. She then rang the "Ring" doorbell. She identified herself and stated that she was there to see Demetrius Wilson. The voice came back to her from the speaker that "I'm sleeping right now." Ms. Thompson then said "I have something for you" to which the voice replied "just leave it at the door." While the person speaking through the Ring doorbell responded to the request to see Demetrius Wilson with the answer "I am…" – Ms. Thompson wanted more certainty with the service given the multitude of failed attempts. So she waited in her car until someone came and picked up the papers wedged into the door. Ms. Thompson testified she could clearly see that the individual who opened the door and retrieved the process was Demetrius Wilson. Ms. Thompson further verified in Court that Ms. Wilson was, in fact, the same person seen at the front door.

The only witnesses called by Ms. Wilson were herself and her live-in boyfriend. While she claimed there were others who would support her story, she had no other witnesses. The only disinterested witness to testify was Ginger Thompson.

3

The Court finds by clear and convincing evidence that Ms. Wilson was served with process personally by Ginger Thompson on Saturday, August 8, 2020. The Court finds that Ms. Thompson had a conversation with Ms. Wilson, was told by Ms. Wilson to leave the item at the door and that a short time later, Ms. Wilson opened the door and picked up the papers.

The Court is well aware that default judgments are disfavored in Tennessee – as they should be. The default judgment awarded in this case was particularly troubling to the Court. While this Court would like nothing more than to set this default judgment aside and hear the case on its merits – the Court is afraid of the violence such a ruling would carry forward to other cases. Ms. Wilson clearly knew of the suit, avoided service, and was ultimately served. This Court believes she simply did not appreciate the severe ramifications of her conduct. Unfortunately, this does not provide the Court with a sufficient basis to set aside the default.

For the foregoing reasons, the Motion to Set Aside Default Judgment is not well taken and is DENIED.

So ORDERED this the 17th day of May, 2022.

KYLE E. HEDRICK, JUDGE

CLERK'S CERTIFICATE
The undersigned hereby certifies that
a copy of this Order has been served
on all parties or counsel to all parties
in this cause.
This 17 day of May , 2022.
LARRY L. HENRY, CLERK
By: _____ , D.C.
Cc:     Ronald J. Berke
        Jacqueline Strong Moss

4



demetirus wilson    <demetiruswilson@yahoo com>                    9.11 AM (3 minutes ago)
to EGprinting@chattanooga.gov

----- Forwarded Message -----
**From:** Ring Community Support <noreply@cs.ring.com>
**To:** "demetiruswilson@yahoo.com" <demetiruswilson@yahoo.com>
**Sent:** Wednesday, January 24, 2024 at 08:02:50 AM EST
**Subject:** Re: Ring Protect Plan - Billing Inquiry

Hi Demetirus,

This email serves as a proof that the plan was last activated last Apr 17, 2019 04:15 AM and was cancelled last Jun 7, 2019 04:12 AM so the device don't have any active subscription and the device didn't do any recordings up until Aug 22, 2020 04:00 AM to Aug 22, 2021 05:01 AM.

The device is no longer active as well and it shows offline on customers ring application.

We're sorry that the Ring Protect Plan didn't meet all your needs. To cancel your service simply follow these instructions:
1. Open a web browser to https://ring.com/account
2. You will be asked to log in using the email and password you attached to your Ring account in the Ring App.
. !nder the **Ring Protect Plan** header, you'll see all of your Ring devices and their plans.
. Select the device whose Ring Protect Plan you would like to cancel and click the **Edit Plan** button.
5. Tap the On/Off button next to the plan you'd like to cancel. When the button reads **Off**, you have shut off the Ring Protect Plan for that device.
6. Reactivating your Ring Protect Plan service is as easy as clicking the **Off** button to turn the service back on.

Please note you'll still be able to receive Motion Alerts, answer doorbell rings (if applicable), and perform Live View. You just won't be able to access the recordings and you'll lose access to your current recordings.

Be sure to download any important videos **before** you cancel your subscription.

Learn more about Ring Protect Plans.

Thank you for contacting Ring!

For more information, please visit ring.com or our online help at support.ring.com.
On Wed, Jan 24, 2024 12:30 PM, +14236358738 wrote:

  Transfered Voice Message

  On Wed, Jan 24, 2024 12:29 PM, Joyce wrote:
    Voice Message

  On Wed, Jan 24, 2024 11:57 AM, +14236358738 wrote:
    Voice Message

# IN THE CIRCUIT COURT OF HAMILTON COUNTY TENNESSEE

JAMES MCCLENDON,  )
    PLAINTIFF,  )    **DOCKET NO. 19-C-327**
        )
v.  )    **PART: IV**
        )
DEMETRIUS LEGAIL WILSON  )
    DEFENDANT.  )

## MOTION FOR RECONSIDERATION

Comes Now, Demetrius Legail Wilson, Defendant, by and through counsel pursuant to Rule 60(b) of the Tennessee Rules of Civil Procedure, and in support thereof would respectfully ask this Court to reconsider its denial of Defendant's Motion to Set Aside Default Judgment.

This matter came before the Hamilton County Circuit Court on May 6, 2022 on Defendant's Motion to Set Aside Default Judgment. The Court entered its Order, Denying Defendant's Motion to Set Aside Default Judgment on May 17, 2022. Attorney for Defendant received the Court's Order on Defendant's Motion to Set Aside Default Judgment via U.S. Mail on May 21, 2022.

It is undisputed that under Tenn R. Civ P. 60.02, a motion to set aside a default judgment is a discretionary matter for this Court. Nelson v. Simpson, 826 S.W.2d 483. 485 (Tenn. 2003). In making its determination, the Court is required to consider the following factors in its' Rule 60.02(1) analysis, (1) whether the default was

1

willful, (2) whether there is a meritorious defense, and (3) whether the non-defending party would be prejudiced by the granting of relief. *Hemry v. Goins, 104 S.W.3d 475, 481104 S.W.3d at 481.*

## Proper Consideration of All Three Rule 60.02(1) Factors.

The Court's Order dated May 17, 2022, states "the only issue before the Court is whether Ms. Wilson was properly served". In its analysis, the Court's focus is on factor one, whether the default was willful, and on factor two, whether there is a meritorious defense. Factor three, whether the non-defending party would be prejudiced by the granting of relief, is a relevant, but limited part of the Court's analytic framework.

The underlying issue before the Court is the distribution of wrongful death settlement proceeds derived by Defendant due to the death of her minor son in a tragic school bus accident. To that end, if Defendant were to be found liable, after a hearing on the merits, rather than by default, Plaintiff would still be entitled to compensation as damages, and made whole. It is well settled that delay alone is not a sufficient justification to establish prejudice, and therefore, the Court's denial of Defendant's Motion To Set Aside Default Judgment is based primarily on factors one and two. *Berthelsen v. Kane, 907 F2d. 617, 620-21. (6th Cir. 1990).*

2

The Court in its analysis, specifically found that Ms. Wilson's testimony was not credible and unreliable. The timing of the hearing date is unfortunate, in that the matter was before the Court the day after Mother's Day. Defendant, Ms. Wilson, spent her Mother's Day at her child's grave site and the grave site of her mother who died two years after her son's tragic death and presented to Court the following day. Counsel for Defendant, takes responsibility for not be sensitive to the impact of Mother's Day on the emotion state of her client, and would ask this court to make any reasonable permissible inference associated with the time of the hearing.

## PROCESS SERVER IDENTIFIED BY COURT
## AS DISINTERESTED WITNESS

The Court specifically noted that the process server, Ms. Thompson, was the only disinterested witness called to testify. However, the Attorney for the Plaintiff, Ronald Berk, specifically identified Ms. Thompson as having a long history working with his firm, and referenced Ms. Thompson's impeccable record in completing the execution of service of process for his firm. If the Courts ruled in favor of the Defendant, the case in question would have been one of a limited number of assignments that Ms. Thompson, as the firm's process server, failed to complete. Ms. Thompson testimony can reasonable be viewed as a defense of her record.

3

In addition, the Process Server's Affidavit of Service is much less specific than her oral testimony. There are no reported findings in her affidavit that she actually placed the service documents in Defendant's hand, or statement that she actually witnessed the Defendant retrieve the service of process documents.

However, in her oral testimony, Ms. Thompson testified that she knew the identity of the Defendant by Facebook photos provided by the Plaintiff. Plaintiff's Attorney asked Ms. Thompson to point to the person who removed the documents from the door. Ms. Thompson then pointed to Defendant, Ms. Wilson, and identified the Defendant as the person that she witnessed retrieve the service of process documents. Ms. Thompson concluded her testimony by stating that she had taken a picture of a person wearing a blue bonnet, pick up the documents that she identified as the Defendant. In reviewing the record, the Facebook photos provided to the Process are entered as a part of the record. However, the most critical evidence available to support Ms. Thompson's testimony as to proof of service, "the picture taken of person retrieving the documents" was not presented for inspection or entered into the record as proof.

In Addition, Ms. Thompson in her Affidavit of Service and in her oral testimony, indicated that she determined that Defendant was present at the Catoosa County property on the alleged date of service, based on the presence of vehicles registered to the Defendant, specifically, a black Nissan Murano, Hyundai Sonata,

4

**Licensed Embalmer/
Funeral Director**

John R. Taylor, Sr.

**Licensed
Funeral Directors**

Anita L. Taylor
Dorothy A. Taylor
Carl L. Taylor, Jr.

**Pre-Arrangement
Counselors**

Anita L. Taylor
John R. Taylor, Sr.
Ronald B. Cook, Sr.

April 10, 2023

Re:    Keonte Jashon Wilson
          Date of Death: November 23, 2016

To Whom It May Concern:

Please accept this as my confirmation that I, nor any of the staff of Taylor Funeral Home, were asked to deny anyone entrance to the public funeral service of Keonte Jashon Wilson which was held on Saturday, December 3, 2016 at Redemption Point Church.

Should you have questions or need clarification, please do not hesitate to contact me.

Sincerely,

Anita L. Taylor
Funeral Director

/alt

*"Caring Enough To Give Our Best...."*

# AMERICAN FREIGHT

**American Freight #00028**
6242 Perimeter Drive
Chattanooga, TN 37421
(423) 855-7911
www.americanfreight.com
store28@americanfreight.us

Order MKTX64R81

CUSTOMER
**Demetrius Wilson**
1507 Hickory Valley Rd Bldg Q Apt 139
Chattanooga, TN 37421-5611
+1 (423) 362-1556

Salesperson(s)  Shelby

## Local Delivery

Scheduled Date: 10/23/2019

| SKU | DESCRIPTION | QTY | PRICE |
|---|---|---|---|
| BH225M2-119 | Kelly Motion Piece: MLoveseat, Color: Grey ITEM: | 1 | $599.00 $-23.52 |
| BH225M3-119 | Kelly Motion Piece: MSofa, Color: Grey ITEM: | 1 | $649.00 $-25.48 |
| 18482 | Baggio Dining Collection Piece: Table and Chair, Color: Grey, Collections: 7pc. Collection, Dining, Height: Dining Height ITEM: | 1 | $499.00 |
| 8700-119 | Kelly Motion Piece: Recliner, Color: Grey ITEM: | 1 | $199.00 |
| P1PZ.2 | Protection Plans New 2019 Warranty: 5 Year Warranty ITEM: | 1 | $199.99 |

## Sales Summary

| | | |
|---|---|---|
| Pretotal | | $2,145.99 |
| Discounts | | $-49.00 |
| Subtotal | | $2,096.99 |
| State of Tennessee | 7.00% | $146.79 |
| Hamilton County TN | 2.25% | $47.19 |
| **Total:** | | **$2,290.97** |

Payment 10/23/2019 5:01 PM

| | |
|---|---|
| • Credit/Debit | $2,290.97 |
| Card Type | visa |
| Last Four | 7882 |
| Previously Paid Amount | $0.00 |
| **Balance Due** | **$0.00** |

| Pretotal | Discount | Subtotal | Tax | Total |
|---|---|---|---|---|
| $2,145.99 | $-49.00 | $2,096.99 | $193.98 | $2,290.97 |

**MERCHANDISE PICK UP/DELIVERY**

# DELIVERY MEMO.

Name: DEMETIRUS WILSON
Address(Street): 3584 BENNETT RD  City: EAST RIDGE  State: TN  Zip: 37412-1167
Phone (423) 362-1556

| # | SKU | Item Name | Qty Shipped | Vendor & Vendor SKU | Driver Initi | Client Initi |
|---|-----|-----------|-------------|---------------------|--------------|--------------|
| 1 | BH225M2-119 | KELLY MOTION<br>*Piece: MLoveseat , Color: Grey*<br>As-Is:<br>**Fulfilled: OCT 23, 2019** | 1 | WASHINGTON FURNITURE SALES LLC: BH225M2-119 | | |
| 2 | BH225M3-119 | KELLY MOTION<br>*Piece: MSofa , Color: Grey*<br>As-Is:<br>**Fulfilled: OCT 23, 2019** | 1 | WASHINGTON FURNITURE SALES LLC: BH225M3-119 | | |
| 3 | 18482 | BAGGIO DINING COLLECTION<br>*Piece: Table and Chair , Color: Grey , Collections: 7pc. Collection , Dining_Height: Dining Height*<br>As-Is:<br>**Fulfilled: OCT 23, 2019** | 1 | STANDARD FURNITURE MFG CO, INC: 18482 | | |
| 4 | 8700-119 | KELLY MOTION<br>*Piece: Recliner , Color: Grey*<br>As-Is:<br>**Fulfilled: OCT 23, 2019** | 1 | WASHINGTON FURNITURE SALES LLC: 8700-119 | | |
| 5 | P1PZ.2 | PROTECTION PLANS NEW 2019<br>*Warranty: 5 Year Warranty*<br>As-Is:<br>**Fulfilled: OCT 23, 2019** | 1 | GUARDIAN PROTECTION PRODUCTS: P1PZ.2 | | |

BRANDON PARKER
Salesman

## BILL OF SALE

## BMW OF CHATTANOOGA
6806 EAST BRAINERD ROAD
CHATTANOOGA, TN 37421
(423) 894-5660

**BMW**
THE ULTIMATE
DRIVING MACHINE

DEAL# 320481
STK # BKBU67299
CUST# 250944
FORM# 26448 SA101S-FI

B-
Stock No.
BKBU67299
Date
10/05/2019

Sold To: DEMETIRUS LEGAIL WILSON

915 NORTH SYLVAN AVE

CHATTANOOGA TN 37411

706/503-4507

EMAIL:

| Year | Make | Model | Serial No. | Description | Mileage |
|------|------|-------|-----------|-------------|---------|
| 2019 | BMW | 430I GC | WBA4J1C57KBU67299 | Coupe | 3511 |

| TRADE-IN | | | | |
|----------|--|--|--|--|
| Year | | Make | | |
| Model | | Body | | |
| Serial # | | | | |
| Miles | | | | |
| Trade Lien Holder | | | | |
| Address | | | | |

| | | | |
|--|--|--|--|
| Price of Vehicle | | 40981 | .00 |
| Optional Equipment and Services | | | |
| PERMAPLATE | | 499 | .00 |
| EDGE GUARD | | 499 | .00 |
| BMW MAINTENANCE | | 2799 | .00 |
| * Processing Fee | | 609 | .00 |
| Business Tax | | 136 | .16 |
| TOTAL SALES PRICE | | 45523 | .16 |
| Used Car Allowance | | N/A | |
| Less Lien Payoff | ( - | N/A | ) |
| Total Used Car Allowance | | ( - | N/A |
| State Sales Tax | | 3304 | .83 |
| County Sales Tax | | 36 | .00 |
| Tag & Title Fee | | 66 | .00 |
| N/A | | | N/A |
| TOTAL CASH PRICE | | 48929 | .99 |
| Cash on Delivery | | ( - | N/A |
| BALANCE DUE | | 48929 | .99 |
| N/A | | | N/A |
| N/A | | | N/A |
| Finance Charges | | N/A | |
| TOTAL | | 48929 | .99 |

| Lien Holder | | |
|-------------|--|--|
| Address | | |
| City, State | | Zip |

*Processing Fee: This charge represents cost, markup and additional profit to the seller/dealer for such items as: inspection, cleaning, and adjusting new and used vehicles, dealers preparation in excess of factory allowance, customer services provided by the dealer, and preparation of documents related to this sale.
This bill of sale valid only if signed by an authorized representative of this company.

BMW OF CHATTANOOGA
Dealership

Authorized Representative

DOX

CATALOG # 8900003-25343

# Kemi Runsewe

**Email:** 69lzztrwzo@jobs.facebook.com
**Phone:** +1 808-745-7234
**Location:** Chattanooga

---

Experience

**Store Protection Specialist**
Ross Waikiki
Jul 2016 - Nov 2016

**Food Server**
Bubba Gump Shrimp Co
Jun 2016 - Sep 2016

Mt. Vernon Restaurant
Feb 2009 - Jun 2012

**Bartender**
The Office at City Cafe
Jun 2011 - Sep 2013

Chattanooga Ink & Toner

**Bartender**
Raw Remedies
Jun 2019 - Nov 2019

**Bartender**
Dave & Buster's
Feb 2020 - Present

**Food and Beverage Server**
Buds Sports Bar
Jan 2018 - Jun 2018

**Restaurant & Bar Manager**
Doubletree Hotel Chattanooga Tennessee
Oct 2013 - Sep 2014

**Food and Beverage Server**
Bela Lisboa Restaurant

August 8, 2020
I Had a Interview
with this girl at
9:00 am

Mary Bair and Grill
My Business NIYA'S Boutique



I Had A
Interview with
this Girl that
Day



**EPB**

*P. O. Box 182255*
*Chattanooga, TN 37422-7255*

# **Proof of Residency**

**EPB has furnished electric service for:**

**Customer of Record:**    WILSON DEMETIRUS L.

**Service Address:** 3584 BENNETT RD, EAST RIDGE, 37412

**Account Number: 245-0689.019**

**Start Date**: 10.24.2019

423-648-1372
        **EPB Customer Service**

Book/Page: **GI 11787 / 392**
Instrument: 2019101100217
3 Page WARRANTY DEED    Value of $158,000.00
Recorded by ADS on 10/11/2019 at 3:07 PM

DEED RECORDING FEE          15.00
DATA PROCESSING FEE          2.00
CONVEYANCE TAX             584.60
PROBATE FEE                  1.00

TOTAL FEES                 $602.60

State of Tennessee Hamilton County
Register of Deeds **MARC GRAVITT**

## WARRANTY DEED

State of Tennessee
County of Hamilton

I hereby swear or affirm that the actual consideration for this transfer or value of the property transferred, whichever is greater, is $158,000.00, which amount is equal to or greater than the amount which the property transferred would command at a fair and voluntary sale.



Affiant

Subscribed and sworn to before me this the 10th day of October, 2019

Notary Public, Julie Hawk

My commission expires: February 06, 2021
(SEAL)

JULIE HAWK
STATE
OF
TENNESSEE
NOTARY
PUBLIC
COUNTY OF HAMILTON
My Comm. Expires
Feb. 6, 2021

THIS INSTRUMENT WAS PREPARED BY
Cumberland Title & Guaranty Company, LLC
1300 Broad Street, Suite 200, Chattanooga, TN 37402

File: 

CT & G File No.: 191337

| ADDRESS NEW OWNER(S) AS FOLLOWS: | SEND TAX BILLS TO: | MAP PARCEL NUMBERS |
|---|---|---|
| Demetirus Wilson | Same | 168F-D-013 |
| (NAME) 73 Mallard Hill ~~3584 Bennett Road~~ | (NAME) | |
| (ADDRESS) Ringgold, GA 30736 ~~Chattanooga, TN 37412~~ | (ADDRESS) | |
| (CITY)   (STATE)   (ZIP) | (CITY)   (STATE)   (ZIP) | |

**FOR AND IN CONSIDERATION** of the sum of Ten Dollars ($10.00), cash in hand paid by the hereinafter named Grantee, and other good and valuable considerations, the receipt of which is hereby acknowledged,

**Northwest Mountain Investments, LLC, a Georgia Limited Liability Company** hereinafter called the Grantor, has bargained and sold, and by these presents does transfer and convey unto **Demetirus Wilson**, hereinafter called the Grantee, her heirs and assigns, a certain tract or parcel of land described as follows, to-wit:

### SEE EXHIBIT "A" ATTACHED HERETO

**TO HAVE AND TO HOLD** the said tract or parcel of land, with the appurtenances, estate, title and interest thereto belonging to the said Grantee, her heirs and assigns forever; and does covenant with the said Grantee that it is lawfully seized and possessed of said land in fee simple, have a good right to convey it and the same is unencumbered, unless otherwise herein set out; and

Grantor does further covenant and bind itself, its successors and representatives, to warrant and forever defend the title to the said land to the said Grantee, her heirs and assigns, against the lawful claims of all persons whomsoever. Wherever used, the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Witness our hands this __10th__ day of ___October___, __2019__.

**NORTHWEST MOUNTAIN INVESTMENTS, LLC**

By: _____
   Robert Allen White, Member

By: _____
   Dana Kristin White, Member

State of Tennessee
County of Hamilton

Personally appeared before me, a notary public in and for the state and county aforementioned, Robert Allen White and Dana Kristin White, with whom I am personally acquainted or proved to me on the basis of satisfactory evidence, and who, upon oath, acknowledged themselves to be Members of Northwest Mountain Investments, LLC and that they as such Members executed the foregoing instrument for purposes therein contained, by signing the name of the entity by themselves as Members.

WITNESS my hand and seal this __10th__ day of ___October___, __2019__.

_____
Notary Public, Julie Hawk
My Commission Expires: February 06, 2021

JULIE HAWK
STATE
OF
TENNESSEE
NOTARY
PUBLIC
COUNTY OF HAMILTON
My Comm. Expires
Feb. 6, 2021

## EXHIBIT "A"
## LEGAL DESCRIPTION

IN THE SECOND CIVIL DISTRICT OF HAMILTON COUNTY, TENNESSEE:
Lot No. Five (5), Block "I", Plan of Re-Subdivision of said lot, Frederick Homes Subdivision, Second Unit, as shown by plat of record in Plat book 23, Page 26, in the Register's Office of Hamilton County, Tennessee. According to said plat, said lot fronts 93.7 feet on the Southern line of Bennett Road and extends back Southwardly, a distance of 125 feet to the Northern line of a 25 foot drain and utility easement.

REFERENCE is made for prior title to Warranty Deed recorded in Book 11200, Page 778, in the Register's Office of Hamilton County, Tennessee.

Tax Parcel No. 168F-D-013

Subject to terms, provisions, covenants, conditions, restrictions, and easements, as set forth in instruments of record in Book 1236, Page 9; Book 1349, Page 249, and Book 1558, Page 444, in the Register's Office of Hamilton County, Tennessee, but omitting and not republishing any covenant, condition, restriction, or limitation to the extent that the specific covenant, condition, restriction, or limitation violates state or federal law based on race, color, religion, sex, sexual orientation, gender identity, handicap, familial status, or national origin.

Subject to easement of record in Book 1904, Page 481, in the Register's Office of Hamilton County, Tennessee.

Subject to 15 foot drainage easement as shown on plat of record in Plat Book 23, Page 26, in the Register's Office of Hamilton County, Tennessee.

Subject to any setback lines, rights of way, easements, notes and any and all other matters shown on plat recorded in Plat Book 23, Page 26, in the Register's Office of Hamilton County, Tennessee.

Subject to Governmental zoning and subdivision ordinances or regulations in effect thereon.

Taxes for the year 2019 were prorated between Grantor and Grantee herein and paid by Grantor.





**M** Gmail                                    **Pro. Milli Willie <goallifellc@gmail.com>**

---

## Fwd: Statement

---

**demetirus wilson** <demetiruswilson35@gmail.com>          Wed, May 10 at 8:27 AM
To: <goallifellc@gmail.com>

---------- Forwarded message ---------
From: **demetirus wilson** <demetiruswilson35@gmail.com>
Date: Tue, May 9, 2023, 11:55 PM
Subject: Fwd: Statement
To: <demetiruswilson@yahoo.com>

---------- Forwarded message ---------
From: **Ashley Ward** <Ashley.Ward@homeserveusa.com>
Date: Mon, May 1, 2023, 8:36 AM
Subject: Statement
To: demetiruswilson35@gmail.com <demetiruswilson35@gmail.com>

To whom it may concern: I am writing this statement on behalf of Demetric Wilson. That is my sister and my name is Ashley, Some may know my sister and I di not see eye to eye and have been this way for years. Care to explain? Yes! When I was 14 Her baby father James McClendon molested me at 13. I got pregnant and had miscarriage I never told my sister because I was afraid and didn't know what he will do so it was kept in for long time. He use to try to pay other grown men to sleep with me as well. He is a creep! He would offer drugs to the men in exchange I would tell the men if they touched me they are going to jail and I will tell my mom, so that kind of got me out of that deal. That men molested me from 13-16 he would offer me money to have sex with him as well. Buy me nice stuff as a bribe to make sure I would not tell anyone. As I got older I started to realize what he was doing to me was not normal and that he was rapist and like little girls because once you got up to age he didn't want you no more. Kind of like R kelly a monster. I am traumatized writing this and speaking on it because that's something I don't do I just hold it all in. When My sister found out about it our relationship went down hill from there every since then. Fast forward to the bus crash the day my nephew died. When I contacted Mr. McClendon and ask him was he coming to the funeral he bluntly stated no that's not my son and she didn't put me in there as his father so I'm not coming! No he did not show up for the wait

Case 1:23-cv-... Document ... Filed ... Page 27 of 51 PageID
#: 37

funeral burial none of it. He has denied not only her kids but they other ones as well. What really hurts my feelings the most is that he never cared for my nephew at all but as soon as he heard money involved now he wants a piece of it he wasn't in Keonta life let along the other ones. They say Money is the root of evil and it is! He want the benefits of loosing him but did not want the responsibility of raising him. Only about the money with him and God don't like ugly you reap what you sow. Ask him Keonta and the   other  kids          names and birthdays I bet he don't know it he doesn't even know how to spell they name  he knows nothing about them kids. He have grandkids that he never seen and never want too. A real father knows his kids name birthdays everything about they kids, cause I'm sure you know all about your kids. i can keep going but unfortunately you don't have the time. On behalf of Keonta that men do not deserve a penny of anything cause he was never in his life and never wanted to be apart of it. The day she had him he came in the room looked at her looked at the baby stated this ain't my mf son all my sister could do was cry he use to beat her so bad even in the hospital he would put his hands on her and tell say very nasty things to her. If he sworn in front of God and tell a bold face lie he going to hell and God gone put something on him can't no one get off. i an a firm believer of do not play with God.

Ashley Ward
Repair Management Coordinator

7134 Lee Hwy.
Chattanooga, TN
37421
**homeserveusa.com**

Ashley.Ward@homeserveusa.com

-

Disclaimer: This email and all files transmitted with may be confidential and intended solely for the use of the individual or entity to whom they are addressed. The unauthorized use, dissemination, distribution or reproduction of this email, including attachment(s), is prohibited and may be unlawful. If you are not an intended recipient, please delete this email, including attachment(s). ©HomeServe 2023. http://www.homeserve.com

My name is Leonore DeFriese, and I am the current resident at 3598 Bennett Rd, East Ridge, TN, 37412. I have lived at this residence since my mother purchased the house in 2008. I watched my neighbor, Demetrius Wilson, and her family as they moved their belongings into the house next door, in 2019. I've spoken with them several times over the years, and they have consistently been my next door neighbors for the past four years.

Demetrius Wilson

When I met James McClendon I was
13 years old he was 29 he ask me how old
was I and I told him he told me he
was 19 years old later to find out he
was a older man and It was two months
later he started making me have sex
with Various Man and use to fight
me when I would not sleep with them.
Couple months later I was pregnant
with my oldest son which he denied
I took him to blood test court In
we took a blood test later on down
the line I found out he was drugging
my mom to sleep with me It was
to late he made me his girl friend and
started making me sleep with Man
and Women he controlled me beat me
hit me In the head with garbage cans
stick he was abusive to me as I
started getting older he kept bringing
under age girls they were my age
at the time a we did threesomes he
was a big time drug dealer and
they kill people beat them do bad
things to them also he use to
beat my son and the other kids to

So as I started having the other Kids and we was still together I had all my babies by him so I got older 21-24 he made me have serial abortions and use to try to beat the babies out of me I was terrified of James so he kept bringing under age girls home for us to sleep with and that's when I new he was sick that he really liked kids and I always rejected in got beat for it and relize that I had a daughter and if I let him do that to young girls he might try my daughter he denied all my Kids So when I was pregnant with keonte we was together we lived on Ledford street when I had him me and James were still together the hold time I was pregnant with keonte he denied him I was working at Wrigley and I was giving my co-workers rides home when we worked together he accussed me of every one who road in my car as I had keonte I went to the hospital James McClend was there the day of Birth he told me my son was not his

Child the doctor Ask him are you dad
hes said NO Maybe he Ask what your
name he said James Ballard so After
I had Leonte we went to the house
After We Was together We Still
Live together three weeks later
he beat me pulled my hair out
told me my son was not his Baby
and left me for a 16 year old
lil girl and had My kids took
from me for I year He never
had anything to do with my kids At
All I raised them from elementary

# Keonte's Birth

To whom it may concern:

My name is Michael R and I'm also a relative of Demetrius Wilson

James and Meechie (nickname) had 5 children but James only claimed 4 he did not claim Keonte as his own the reason I know is because I was there the day Keonte was born.

James called me and came to pick me up to go see the baby he was already stating the baby wasn't his on the way to the hospital. When we got there Meechie was in the bed and baby right beside her. The first thing I did was pick up the baby he was beautiful and I said so. the thing was the baby looked just like there daughter Kaniya. James again stated the baby was not his the baby belonged to a guy named Willie I didn't know who Willie was at the time but eventally I met him. But at the time I stated who's Willie James this is your baby he said no it was not I continued to say yes it was

When the nurse came in And Asked
JAMes if he was the fAther JAMes
stated I dont know AM I, I Just
looked At h'M the nurse had A look
on her fAce Like ok, the nurse
then Asked whAt was DAd's nAMe
JAMes sAid His name was
JAMes bAllard I then sAid your nAme
is mcclendon he told Me to shut up
I didn't know whAt I was tAlking
About the nurse sAid well MAybe we
will do this lAter JAMes Agreed and
the nurse left JAMes then stid come
on nigga we leAving I put the bAby
down meechie WAs crying and we
left when the bAby came home he
came home to JAMes And meechie
JAMes And meechie hAd 5 kids
but JAMes only clAimed 4 he didn't
even hold the bAby or chAnge the
bAby he would tell meechie her bAby
WAs crying so meechie reAlly did
all bAby things JAMes And Meechie
were together until CPs took
the children AwAy JAMes then
moved on to Another relAtionship
with A girl nAmed briAnna And
meechie moved on with willie.
Yes JAMes knew Kconte

# Keonte's Death

the DAY of the bus crash and
Keonte died JAMES didn't show up
once when he took his last breath
me and meechie was holding his hand
no one was there except meechie's
mom, brothers, ~~sis~~ Sisters, and kids
no JAMES.

the DAY of the ~~fu~~ wait willie the man
who raised Keonte asked me to
call JAMS to ~~see~~ see if he was
attending the funeral, so I called
JAMEs + begged JAMS to come
and he was adamant he was not
showing up because Willie was named
the ~~fat~~ father in the obituary
and not JAMEs but nevertheless
~~Ja~~ JAMEs was and is the ~~Sts~~
father but he continued to state
he was not.

the DAY of the funeral JAMEs
did not show up how do I know I
was a ~~fu~~ paul bearor and JAMEs
was not there. I have pictures
from the funeral JAMEs was not
there
     these words are the
     Absolute truth!
                         MK



| | |
|---|---|
| **Status** | Approved |
| **Report Type** | Primary |
| **Primary Officer** | Andrew Gaston |
| **Investigator** | None |
| **Reported At** | 03/04/25 11:05 |
| **Incident Date** | 03/04/25 11:05 |
| **Incident Code** | MISCINC : Miscellaneous Incident 10-152 |
| **Location** | HIGHWAY 41, RINGGOLD, GA 30736 |
| **Zone** | B |
| | |
| **Disposition** | 5. Exceptionally Cleared - Final Approved |
| **Disposition Date/Time** | 03/05/25 08:43 |
| **Review for Gang Activity** | None |

**M.O.**
 No MO
**Reviewed** Yes
**Captain**   556 - Cunningham, Coby

## Offense Information

| | |
|---|---|
| **Offense** | Miscellaneous Incident |
| **Statute** | 3 |
| **NIBRS Code** | |
| **Counts** | 1 |
| **Include In NIBRS** | Yes |
| **Completed** | Yes |
| **Bias Motivation** | None (no bias) |
| **Location** | Residence/Home |
| **Entry Forced** | No |

## Complainant

**WILSON, DEMETIRUS L - Age 45 - Sex Female**          3 - Miscellaneous Incident

## Suspect

**THOMPSON, GINGER-LEIGH - Sex Female**          3 - Miscellaneous Incident

# Primary Narrative Narrative By Andrew Gaston, 03/04/25 13:13

On March 4, 2025 at 1105 hours, Deputy Gaston met with the complainant in reference to a civil case involving her in Hamilton County, TN. The complainant stated she has an ongoing civil case that began in 2018 and has continued to the present time. The complainant stated she was told in court that she was served a summons at 73 Mallard Rd, Ringgold, Ga on August 8, 2020 by the listed suspect. The complainant stated she never received the Hamilton County Court Summons issued to Catoosa County, Ga. The complainant stated she moved from this residence in October 2019 and could not have been there when the suspect served the summons in 2020. The summons indicated

the suspect utilized a speaker device at the residence to inform the complainant of the court summons service. The complainant provided an email from Ring Doorbell Support that documents the complainants subscription plan was deactivated on June 7, 2019. Both the Affidavit of Service and the email from Ring Doorbell are attached to this report. The complainant requested a report for documentation purposes for use with her civil case in Hamilton County, TN . Nothing further to report.



| | |
|---|---|
| **Status** | Approved |
| **Report Type** | Primary |
| **Primary Officer** | George Wooten |
| **Investigator** | None |
| **Reported At** | 03/28/25 14:39 |
| **Incident Date** | 08/08/20 08:30 - 08/08/20 09:30 |
| **Incident Code** | MISCINC : Miscellaneous Incident 10-152 |
| **Location** | HIGHWAY 41, RINGGOLD, GA 30736 |
| **Zone** | R |
| | |
| **Disposition** | 5. Exceptionally Cleared - Final Approved |
| **Disposition Date/Time** | 03/31/25 09:39 |
| **Review for Gang Activity** | None |
| **Reviewed** | Yes |
| **Captain** | 556 - Cunningham, Coby |

## Offense Information

| | |
|---|---|
| **Offense** | Miscellaneous Incident |
| **Statute** | 3 |
| **NIBRS Code** | |
| **Counts** | 1 |
| **Include In NIBRS** | Yes |
| **Completed** | Yes |
| **Bias Motivation** | None (no bias) |
| **Location** | Residence/Home |
| **Entry Forced** | No |

## Complainant

**WILSON, DEMETIRUS L - Age 40 - Sex Female**       3 - Miscellaneous Incident

## Offender

**THOMPSON, GINGER-LEIGH - Sex Female**       3 - Miscellaneous Incident

## Victim

**WILSON, DEMETIRUS L - Age 40 - Sex Female**       3 - Miscellaneous Incident

# Primary Narrative Narrative By George Wooten, 03/28/25 18:03

On March 28, 2025 at approximately 1439 hours, Lieutenant Wooten met the complainant in the lobby of the Catoosa County Sheriff's Office to report an incident.

The complainant wished to report an incident of perjury against the offender, who is an individual civil process server. The complainant advised that she recently discovered a court ruling against her by default judgment that she never knew about to attend. Reference Hamilton County Docket No 19C327 James McClendon v. the complainant. The

Case 1:25-cv-00136-CLC-MJD       Document 2       Filed 04/29/25       Page 38 of 51       PageID #: 48

complainant advised that the offender lied under oath in Hamilton County stating that she used the ring doorbell at the residence located at 73 Mallard Hill, Ringgold, GA Catoosa County on August 8, 2020 at approximately 9am to serve the complainant. The complainant showed Lieutenant Wooten a transcript of the mentioned court hearing where the offender testified that she spoke to the complainant over the ring doorbell and that the complainant verified herself as the person to be served and the offender left the civil summons process order in the door for the complainant to obtain. The transcript also mentioned that the offender waited to see the complainant obtain the oder from the door and confirmed it to be the complainant.

The complainant provided a copy of the affidavit of service filled out by the offender stating such. A copy is attached to this report. The complainant also had an email from Ring Community Support stating that the ring was canceled on June 7, 2019, and the complainant advised that she moved to Tennessee in October 2019. The complainant advised that she was never personally served a court summons by the offender. The complainant stated that she had went to file a report with Chattanooga PD and they advised her to report the incident in Catoosa County. The complainant also had a pre warrant application through the Catoosa County Magistrate Court, but she stated the Magistrate Court told her to report the incident to the Sheriff's Office for prosecution.

Lieutenant Wooten advised the complainant that she needed to report the perjury under oath in court with Chattanooga PD, but he would take an incident report in reference to the perjured affidavit of service. The complainant was advised of services. The incident was recorded on Lieutenant Wooten's body worn camera.



# Hamilton County Sheriff's Office

Chattanooga, TN
Incident Report # 25-013774
Report Entered 04/04/2025 12:34:05

## Incident Event

| Address: 6215 DAYTON BLVD, CHATTANOOGA, TN 37343 | | Date Reported 04/04/25 |
|---|---|---|
| Latitude: 35.174471 | Case Status: INACTIVE | Incident Start 04/04/25 1234 |
| Longitude: -85.253593 | Disposition: EXCEPTIONAL CLEARANCE | Incident End |
| County: HAMILTON | Exceptional Clearance: Not Applicable (not cleared exceptionally). | |

## Offenses

| UCR | Discription | Code |
|---|---|---|
| 000 | MISCELLANEOUS - | 000 |

## Narrative

25-013774
Entered by: J.Long #3016
West 1
On 4/4/2025 around 1258 hours, I Deputy Long spoke with Demetirus Wilson. Wilson advised me that a process server by the name of, Ginger Lee Thompson served her a civil lawsuit at 73 Meadow Hill Ringold, GA on 8/8/2020. Wilson stated she was not living there at the time, and that Thompson lied about serving her papers. Wilson stated this caused her to miss the court and have a default judgment against her. Wilson stated that Thompson lied on the stand during a Hamilton County Court proceeding in front of Judge Kell. Wilson stated she wanted to press charges against Thompson for perjury. I told Wilson that the Judge presiding over the case would have the final say if Thompson would be charged and that there would have to be an investigation proving Thompson lied under oath. The presiding Judge at the time was Judge Kell. All information was gathered and a report is on file.

## Officer

| APPROVING | Williams, Mark 1676hs |
|---|---|
| REPORTING | Long-Ross, Jordan 3016hs |



# Hamilton County Sheriff's Office

Chattanooga, TN
Incident Report # 25-013774
Report Entered 04/04/2025 12:34:05

## Other Person Involved

| 1 | Wilson, Demetirus L | | COMPLAINANT |
|---|---|---|---|

| | | | |
|---|---|---|---|
| SSN: | Age: 45 | Race: BLACK OR AFRICAN AMERICAN | Residency: R |
| DOB: | Sex: F | Hair: BROWN | Eye Color: BROWN |
| Weight 178lbs | Height 5ft 02in | Ethinicty: NOT HISPANIC OR LATINO | Phone #: (423) |
| Address: | | .... , CHATTANOOGA, TN 37411-2817 | |
| License State: | TENNESSEE | | |
| License Number: | 086216485 | | |

To Whom It May Concern,

To the best of my knowledge, Mrs. Wilson of 3584 Bennett Rd East Ridge, TN 37412 has lived at that address since the fall of 2019.

Susan Smith
3593 Bennett Rd
E. Ridge, TN

My name is Leonore DeFriese, and I am the current resident at 3598 Bennett Rd, East Ridge, TN, 37412. I have lived at this residence since my mother purchased the house in 2008. I watched my neighbor, Demetrius Wilson, and her family as they moved their belongings into the house next door, in 2019. I've spoken with them several times over the years, and they have consistently been my next door neighbors for the past four years.



How She Identified Me

**Justin Tate**
Active 55 minutes ago

NOV 23, 2021 AT 1:57 PM

Just sent you $50,000 offer to e-sign for 1809 Dodson! 👍

Please sign before 5pm if you can...

Closing 12/14/21

This will put $45,000 in your pocket at Closing

Boom!

NOV 23, 2021 AT 2:50 PM

Got it!
Sending to buyers agent now

They're buying it AS-IS,
And they're going to do a walk thru / inspection next week...

We have another ↓ @ $45k if that one doesn't work out for some

Message

NOV 29, 2021 AT 2:20 PM

Any news

NOV 29, 2021 AT 4:58 PM

Nothing yet... The buyers are doing an inspection on Wednesday at the house... We're still tracking to close on 12/14/21

K

NOV 30, 2021 AT 6:38 AM

What is this you sent me

What is it?
Was it an email?

Yes

Probably for the title company
They may be reaching out to confirm there's no mortgage on the property

Naw it's not

DEC 6, 2021 AT 9:38 AM

How is it looks

Looking

Message



DEC 7, 2021 AT 10:58 AM

Hey Demetirus,
Title company is saying there's a
judgement against you right now and
unless it's resolved, it will prevent the
sale of Dodson Ave

Huh for what

423-779-0440
Foundation Title and Escrow

Call me

Justin missed your call.

Justin missed your call.

Call me

MAR 31, 2022 AT 12:24 PM

Call you right back

You missed a call from Justin.

You missed a call from Justin.

Give me a shout v ↓ ever

Message



Ginger use this
photo saying she took
this picture of my
this my picture
pt was use Ass
Exibit 3
this my picture
Date on time
on here.

① 

I Demetirus Wilson filing a lawsuite against Ginger Thompson, Ginger Thompson previnsly testified In Court on a Default Judment Case. Cause I Demetirus to get a Detault Case ogaistme. Demetirus, Ginger Stated that she served I Demetirus At 73 Mallard Hill Ringgold Georgia A place I No longer live at, Also Ginger stated that She Ginger talked to me Demetirus threw a ring device, that was not workPng In had a coversation with I Demetirus, threw this device I Knew Pt didnt work because I Demetirus stop paying the bill. also Ginger Stated She Ginger, identified a person with a blue Bonnet And robe on and took pictures of the person Ginger Seen pickPng up the package, Ginger Use my photos and Said She took one of them and use the other one to Pdentify me Demetirus Ginger Use the photo Pn court as a Exhibit 3



Coinger had also testified cars that
was Broke down and wreck that I
Demetirus left parked at the residence
When I Demetirus move to chattanooga
I Demetirus Drove a Bmw and
my boyfriend drove a Cardillac. that was
Willie
Not there at the residence at all Coinger
Changed her Story and Stated in court
that these the cars She Identified She
Coinger New this was not true She Coinger
was nervous during the case I Demetirus
tried to tell the Judge and was Panored
by my previous Attorney to Jackins Strong
moss. my wittness were not allowed
Demetirus
in the Courtroom I Demetirus had wittness
nieghbors to testify they were not allowed
We were call lyers, This process Server
Is not Incredible she Coinge has Cause me
Demetirus Emotinal Destress Depression

www.PrintablePaper.net

and the loss of every thing in all
I get is my son tube stone also my
kids and grandkids to be kicks out
in the streets

www.PrintablePaper.net